IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, <br><br> Plaintiff, <br> v. <br><br> HOUSTON COMMUNITY COLLEGE FOUNDATION, a Texas Non-Profit Corporation, <br><br> and <br><br> HOUSTON COMMUNITY COLLEGE SYSTEM, a Texas Non-Profit Corporation, <br><br> Defendants. | Case No.: 4:21-cv-01370 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT HOUSTON COMMUNITY COLLEGE FOUNDATION**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice, as to Defendant, HOUSTON COMMUNITY COLLEGE FOUNDATION.

Respectfully Submitted,

By: */s/ Louis I. Mussman*
Louis I. Mussman
Attorney-in-charge
S.D. TX No. 2274288
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

1

and

John K. Grubb
Attorney
Local Counsel
State Bar No. 08553500
5000 Montrose Blvd., # 500
Houston, Texas 77006
Tel: (713) 702-1808
johnkgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy will be served via U.S. Mail and Email to the following:

Jonathan G. Brush
Amy Demmler
Rogers, Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas 77057
jbrush@rmgllp.com
ademmler@rmgllp.com

By: ___*/s/ Louis I. Mussman*___ .
      Louis I. Mussman